# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL GUTIERREZ,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF KINGSBURG, et al.,<br><br>   Defendants. | Case No. 1:18-cv-01530-DAD-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 5) |

On November 29, 2018, Defendants filed a stipulation requesting an extension of time to file a responsive pleading to Plaintiff's complaint. (ECF No. 5.) Pursuant to the stipulation of the parties, Defendants shall file a response to the complaint on or before December 20, 2018.

IT IS SO ORDERED.

Dated: __**November 29, 2018**__   _____
UNITED STATES MAGISTRATE JUDGE

1