UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF KINGSBURG, a municipal corporation; City of Kingsburg Police Officer DEREK GAGNON, individually; City of Kingsburg Police Officer NATHAN MOON, individually; City of Kingsburg Police Officer LUIS GUTIERREZ, individually; and DOES 1–50, jointly and severally,<br><br>Defendants. | No. 1:18-cv-01530-DAD-SAB<br><br><u>ORDER ENTERING JUDGMENT AGAINST DEFENDANTS AND DISMISSING ACTION WITH PREJUDICE</u><br><br>(Doc. No. 13) |

On February 15, 2019, plaintiff Jose Manuel Gutierrez filed a notice of acceptance of defendants' Rule 68 offer of judgment. (Doc. No. 13.)

Under Federal Rule of Civil Procedure 68(a), a defendant may serve an offer to allow judgment on specified terms to the opposing party at least two weeks before trial. Fed. R. Civ. P. 68(a). The opposing party must accept the offer through written notice. *Id.* Thereafter, "either party may then file the offer and notice of acceptance, plus proof of service." *Id.*

Here, defendants City of Kingsburg, Gagnon, Moon, Gutierrez, and Does served plaintiff with a Rule 68 offer of judgment on February 7, 2019 in the amount of $20,000, exclusive of reasonable attorneys' fees and costs. (*See* Doc. No. 13 at 4–6.) Plaintiff accepted the offer in

1

writing on February 15, 2019. (*Id.* at 2.) Plaintiff requested that judgment be entered in favor of plaintiff and against defendants in the sum of $20,000, and that the matter of reasonable attorneys' fees and costs be reserved, to be determined by the court on motion or by stipulation. (*Id.*)

Accordingly,

1. The Clerk of the Court is directed to enter judgment in favor of plaintiff Gutierrez and against defendants in the amount of $20,000, plus reasonable attorneys' fees and costs (Doc. No. 13);
2. Any motion for attorneys' fees shall be filed within 60 days of the date of this order;
3. The hearing on defendants' pending motion to dismiss (Doc. No. 11) is vacated, and that motion is terminated as having been rendered moot by this order; and
4. This action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: **February 20, 2019**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE