# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL GUTIERREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF KINGSBURG, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01530-DAD-SAB<br><br>ORDER RE STIPULATION TO DISMISS ALL REQUESTS FOR ATTORNEYS' FEES AND COSTS<br><br>(ECF No. 21) |

On February 20, 2019, the Court entered judgment in this action and ordered that any motion for attorneys' fees be filed within sixty days of the order. (ECF No. 14.) The deadline to file a motion was subsequently extended on April 16, 2019, and July 16, 2019. (ECF Nos. 17, 19.) On October 18, 2019, the parties filed a stipulation dismissing with prejudice, any outstanding requests for attorneys' fees and costs. (ECF No. 21.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that any claims or requests for attorneys' fees and costs in this action are dismissed with prejudice and satisfied.

IT IS SO ORDERED.

Dated: **October 21, 2019**

UNITED STATES MAGISTRATE JUDGE

1